**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| MATTHEW POOLE | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: 3:23-cv-06801 |
| 3M COMPANY | Vaught, et al. v. 3M COMPANY |
| DEFENDANT. | Case No.: 3:23-cv-04765-MCR-HTC |

**<u>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND</u>**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 16, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

X______ 3M Company

## II. PLAINTIFF(S)

2. Name of Plaintiff:

Matthew Poole

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

N/A

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

N/A

5. State(s) of residence of Plaintiff(s):

| |
|---|
| Alabama |

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

| |
|---|
| DIVERSITY |

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| |
|---|
| |

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

x______ Yes

_______ No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

x______ Hearing loss

_______ Sequelae to hearing loss

_______ Other [specify below]

| |
|---|
| Hearing Loss. |

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

x_____ Count I – Design Defect – Negligence

x_____ Count II – Design Defect – Strict Liability

x_____ Count III – Failure to Warn – Negligence

x_____ Count IV – Failure to Warn – Strict Liability

x_____ Count V – Breach of Express Warranty

x_____ Count VI – Breach of Implied Warranty

x_____ Count VII – Negligent Misrepresentation

x_____ Count VIII – Fraudulent Misrepresentation

x_____ Count IX – Fraudulent Concealment

x_____ Count X – Fraud and Deceit

x_____ Count XI – Gross Negligence

x_____ Count XII – Negligence Per Se

x_____ Count XIII – Consumer Fraud and/or Unfair Trade Practices

______ Count XIV – Loss of Consortium

x_____ Count XV – Unjust Enrichment

x_____ Count XVI – Punitive Damages

_______ Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 03/28/2023

/s/ Rachel Lucuara
Florida Bar: 1010540
Parafinczuk Wolf, PA
5550 Glades Rd., Ste 500
Boca Raton, FL 33431
Tel: (954) 678-0263
rlucuara@parawolf.com
Attorney for the Plaintiff(s)